| | | | |
|---|---|---|---|
| | AUSA: William Orr | Telephone: (989) 895-5712 | |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Joshua Paczok | Telephone: (989) 892-6525 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Andre Gibson,

Case No.    1:25-mj-30529
Judge: Morris, Patricia T.
Filed: 08-20-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 20, 2025** in the county of **Saginaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | Possession with intent to Deliver a Controlled Substance |
| and | |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Joshua Paczok, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **August 20, 2025**

_____
*Judge's signature*

City and state: Bay City, Michigan     Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN THE MATTER OF ANDRE GIBSON | **Filed Under Seal** |

AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT

I, Joshua Paczok, being first duly sworn, hereby depose and state as follows:

EXECUTIVE SUMMARY

The FBI Mid-Michigan Safe Streets Task Force intercepted communications between Willie Bee Branch and Andre Gibson, which show that Gibson is involved in drug trafficking activity. The FBI Mid-Michigan Safe Streets Task Force executed a search warrant at the residence of Andre Gibson and evidence of drug trafficking activity and a firearm were located at the residence.

INTRODUCTION AND BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2018. I am currently assigned to the Mid-Michigan Safe Streets Task Force ("MMSSTF"). As such, I investigate violent individuals and

street gangs for various violations of federal law, including narcotics trafficking. Prior to working on the MMSSTF, I was assigned to the Detroit FBI Violent Gang Task Force ("VGTF"). As a Special Agent on the VGTF, I investigated criminal street gangs for various violations of federal law, including narcotics trafficking, weapons offenses, violent crime, and fraud. Prior to becoming an FBI Special Agent, I was a United States Border Patrol Agent assigned to the Laredo North Station in Laredo, Texas. As a Border Patrol Agent, my responsibilities included identifying instances of human and narcotics trafficking that often-involved violent criminal organizations and drug trafficking organizations. Accordingly, I am familiar with the ways in which gangs and drug trafficking organizations and violent criminal organizations normally operate.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Andre Gibson. has violated 21 U.S.C. § 841(a)(1), "Possession with Intent to Deliver a Controlled Substance."

## PROBABLE CAUSE

5.     On August 20, 2025, the FBI executed a search warrant signed on August 19, 2025 by United States Magistrate Judge Patricia Morris, in the Eastern District of Michigan on 123 S 5th Street, Saginaw, Michigan. This address is known to be the residence of Andre Gibson. It is Gibson's registered address, according to Michigan Secretary of State Records and Gibson was present in the residence at the time of the search.

6.     During the execution of the search warrant at 123 S. 5th Street, Saginaw, Michigan. Law enforcement located Andre Gibson in a bed in the basement. Immediately next to the bed, law enforcement found a quantity of suspected cocaine, scale, cash, and other drug paraphernalia.  On the same table with the cash and scale was a State of Michigan Identification Card for Andre Gibson.  Gibson stated to other occupants in the house after he was detained that he was "sorry" for law enforcement being at the residence and that they would not be seeing him for a "long time."  The suspected cocaine tested positive for the chemical characteristics of cocaine on a field test. In a plastic drawer next to the bed, law enforcement located a firearm, that is a Hi-Point, Model C9, 9mm, semi-automatic pistol.

7.     Andre Gibson's criminal history includes a 1996 felony conviction for the possession of cocaine, heroin or another narcotic, a 1997 felony conviction for ethnic intimidation and being a habitual offender, a 2015 conviction for operating

while intoxicated (3rd offense). These crimes are all punishable by a term of imprisonment greater than one year, accordingly, Andre Gibson is prohibited from possessing firearms.

8. Based on the foregoing, there is probable cause to believe that Andre Gibson violated Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Joshua Paczok
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE
　　　　Dated: August 20, 2025

4